**FILED**

AO 91 (Rev. 08/09)  Criminal Complaint

July 10, 2026

# UNITED STATES DISTRICT COURT

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

for the
**Western District of Texas**
Pecos Division

BY: _____Joseph Hinojos_____
DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   **PE: 26-MJ-271** |
| Andres ARANDA Ocon | ) | |
| | ) | |
| | ) | |
| _____ | | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   07/08/2026   in the county of   Presidio   in the
WESTERN DISTRICT OF TEXAS   , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 933 | ship, transport, transfer, cause to be transported, or otherwise dispose of any firearm to another person in or otherwise affecting interstate of foreign commerce to wit: (4) AR 15 rifles, two (2) AK47 rifles, four (4) machine gun barrels, two (2) pistols, 500 rounds of .38 caliber, 175 magazines for 1911 pistol, three (3) .556 magazines and two (2) 7.62 magazines. |
| 18 U.S.C. 554 | fraudulently or knowingly exports or sends from the United States, or attempts to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States to wit: (4) AR 15 rifles, two (2) AK47 rifles, four (4) machine gun barrels, two (2) pistols, 500 rounds of .38 caliber, 175 magazines for 1911 pistol, three (3) .556 magazines and two (2) 7.62 magazines. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Michael McCall*
*Complainant's signature*

Michael McCall, Special Agent, HSI
*Printed name and title*

Complaint sworn to in my presence and signed electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

Date:   7/10/2026

*Judge's signature*

City and state:   Alpine, Texas

Honorable Judge David B. Fannin
*Printed name and title*

<u>Affidavit</u>

On June 9, 2026, Andres ARANDA Ocon was encountered at the Presidio Port of Entry (POE) as the driver and sole occupant of a Nissan X-Trail bearing Mexico license plate DYL870A.  ARANDA claimed ownership of the vehicle and was subsequently referred to CBP Secondary for further inspection. During the inspection of the Nissan, Customs and Border Protection Officers (CBPO's) discovered a large non-factory compartment located along the vehicle's floorboard. The compartment was empty, leading agents to believe it was being used to smuggle bulk currency and/or firearms and ammunition to Mexico. ARANDA and the Nissan were later released.

On July 7, 2026, the ARANDA Ocon applied for entry into the United States from the Republic of Mexico as the driver of the Nissan X-Trail bearing Mexico license plate DYL870A.  ARANDA Ocon and the vehicle were referred into CBP Secondary for further inspection.  ARANDA Ocon and the Nissan X-Trail were released without further incident.

On July 8, 2026, at approximately 0900 hours, Special Agents (SA) with Homeland Security Investigations (HSI) were notified that the Nissan X-Trail was traveling southbound and approaching Alpine, TX after making a quick overnight trip to the Odessa, TX area. At approximately 1037 hours, HSI SA observed the Nissan X-Trail enter the Presidio, TX city limits and arrive at the Frontier Travel Center Parking lot.  After circling the gas pumps, the Nissan X-Trail departed without conducting any business at the location.

HSI SA continued surveillance of the Nissan X-Trail as it traveled southbound on Highway 67 until it arrived at a second gas station, this time the Valero. The vehicle parked in front of the store and the driver, later confirmed to be ARANDA, exited the vehicle and walked inside the facility. After exiting Valero, ARANDA repositioned the Nissan X Trail at the fuel pumps. After getting gas, ARANDA and the vehicle departed and began driving southbound along highway 67 towards the Presidio POE.

The Nissan X-Trail continued southbound and proceeded past the UETA duty free station, the last legitimate location to turn into before committing to Mexico. As the X-Trail committed it's travel to Mexico, agents and officers who were conducting an ongoing southbound operation prepared for its arrival at the Presidio POE. Simultaneously, the HSI SA who was surveilling from behind observed the Nissan X-Trail abruptly slow down, change lanes and perform a U-Turn to avoid the ongoing southbound inspection being conducted. HSI SA subsequently conducted a vehicle stop on the Nissan X-Trail.

The HSI SA asked ARANDA why he turned around.  ARANDA stated he was traveling to the Dollar General to purchase some items he had forgotten before departing the United States to Mexico. HSI SA asked ARANDA where he was traveling from, and he stated he was coming from Odessa. HSI SA asked ARANDA who the vehicle belonged to and he stated it was his.  HSI SA asked ARANDA if he was traveling with money in excess of $10,000 USD and if he had any firearms or ammunition, to which ARANDA Ocon stated he did not.  HSI SA noticed ARANDA voice was shaky and appeared nervous.

During the stop, additional HSI SAs arrived along with a CBP Officer/K-9. CBP Officer/K-9 utilized his K-9 to perform a canine screen on the exterior of the Nissan X-Trail which resulted in a positive alert on the passenger side door.  ARANDA and the Nissan X-Trail were transported to the Presidio POE for inspection.

A Non-Intrusive Inspection (X-Ray) was conducted on the Nissan X-Trail which resulted in several anomalies located throughout the floorboard of the vehicle. A thorough inspection was conducted which revealed two trap doors leading to the non-factory compartment, located underneath the front seats. The doors were opened revealing multiple rounds of ammunition, several firearm parts and multiple pistol magazines.  In total CBP Officers discovered four (4) AR 15 rifles, two (2) AK47 rifles, four (4) machine gun barrels, two (2) pistols, 500 rounds of .38 caliber, 175 magazines for 1911 pistol, three (3) .556 magazines and two (2) 7.62 magazines.

ARANDA was advised of his Miranda Warning of Rights in the Spanish language. ARANDA understood his rights and agreed to make a statement. ARANDA stated he traveled to Odessa the evening prior with the understanding he was picking up two (2) pistols to smuggle to Mexico. ARANDA stated he agreed to be paid 20,000 Mexican Pesos upon successful delivery of the firearms to Mexico.

I make this affidavit on the basis of my personal knowledge and information furnished to me by other law enforcement officers.

*Michael McCall*
_____
Michael McCall
HSI Special Agent